**IN THE COMMONWEALTH COURT OF PENNSYLVANIA**

E. W.,                                     :
               Petitioner      :
                            :
            v.              :   No. 1312 C.D. 2018
                            :
Department of Human Services,             :
             Respondent      :   **CASE SEALED**

## O R D E R

AND NOW, this 4th day of October, 2019, the opinion and order filed in this matter on October 2, 2019, is hereby WITHDRAWN. The Court will file a new opinion and order in due course.

 

                          _____

                          **BONNIE BRIGANCE LEADBETTER,**
                          Senior Judge